IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.<br><br>Defendants. | Case No. 1:24-cv-03467-LLA<br><br>**AFFIDAVIT OF SERVICE** |

I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On December 16, 2024, copies of the Complaint, Summons, and other case initiating documents were sent by USPS Certified Mail, delivery confirmation requested, to the following parties:

**U.S. Fish and Wildlife Service**
1849 C Street NW
Washington, DC 20240
(Tracking No. 9407111899561515505509)

**Deb Haaland, Secretary**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
(Tracking No. 9407111899561515505417)

**Martha Williams, Director**
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240
(Tracking No. 9407111899561515505424)

**U.S. Attorney c/o Civil Process Clerk**
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
(Tracking No. 9407111899561515505097)

**Merrick B. Garland, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9407111899561515730963)

Defendants U.S. Fish and Wildlife Service, Deb Haaland, and Martha Williams received the documents on December 26, 2024. The U.S. Attorney's Office and the Office of the Attorney General also received the documents on December 26, 2024. Delivery confirmation verifying the above information is attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 27, 2024                 Respectfully submitted,

*/s/ Chelsea Stewart-Fusek*
Chelsea Stewart-Fusek (D.C. Bar No. OR0029)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Telephone: (971) 717-6425
cstewartfusek@biologicaldiversity.org

*Attorney for Plaintiff*