ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111899561515505509

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:21 pm on December 26, 2024 in WASHINGTON, DC 20022.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20022
December 26, 2024, 12:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

Enter tracking or barcode numbers

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111899561515505417

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:21 pm on December 26, 2024 in WASHINGTON, DC 20022.

**Feedback**

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20022
December 26, 2024, 12:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

Enter tracking or barcode numbers

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111899561515505424

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:21 pm on December 26, 2024 in WASHINGTON, DC 20022.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20022
December 26, 2024, 12:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

Enter tracking or barcode numbers

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9407111899561515505097

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:44 am on December 26, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
December 26, 2024, 5:44 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ˅

Feedback

**Track Another Package**

Enter tracking or barcode numbers

ALERT: CANADA POST ADVISES THAT THE STRIKE BY ITS EMPLOYEES HAS ENDE...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9407111899561515730963

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:44 am on December 26, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 26, 2024, 5:44 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

Enter tracking or barcode numbers